■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL L. BUTLER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Orleans County Court, Miles, J.—criminal possession of stolen property, fourth degree.) Present—Dillon, P. J., Boomer, Pine, Lawton and Lowery, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM MARINCIC, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Jefferson County Court, Aylward, J.—criminal possession of stolen property, second degree.) Present—Dillon, P. J., Boomer, Pine, Lawton and Lowery, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH P. GIBBONS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Cattaraugus County Court, Page, J.—burglary, third degree.) Present—Dillon, P. J., Boomer, Pine, Lawton and Lowery, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR JUAN FUENTES, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Orleans County Court, Miles, J.—attempted sexual abuse, first degree.) Present—Dillon, P. J., Boomer, Pine, Lawton and Lowery, JJ.